# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF KERN; et al.; <br><br> Defendants. | **Case No.: 1:18-cv-01455 AWI JLT** <br><br> **ORDER CLOSING THE CASE** |

The plaintiffs have filed a notice of voluntary dismissal of the action. (Doc.4) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **January 10, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE